## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT W. JOHNSON,<br><br>        Plaintiff,<br><br>        v.<br><br>LINDA VROMAN, *et al.*,<br><br>        Defendants. | Case No. 22-cv-00352 (BRM) (LDW)<br><br>**OPINION** |

**IT APPEARING THAT:**

1. Plaintiff Robert W. Johnson ("Johnson") sought to commence this action by way of Complaint and an Application to Proceed In Forma Pauperis ("IFP"). (ECF No. 1.)

2. The Court entered an Order denying Johnson's Application to Proceed IFP, directing the Clerk of the Court to close the case, and ordering Johnson to submit the appropriate filing fees within fourteen days of the date of the denial to reopen the case. (ECF No. 3.)

3. Johnson did not submit the appropriate filing fee within fourteen days.

Accordingly, for the reasons set forth above and for good cause appearing,

**IT IS** on this 9th day of August 2022,

**ORDERED** that the matter be and hereby is **CLOSED**.


                                              */s/ Brian R. Martinotti*
                                              **HON. BRIAN R. MARTINOTTI**
                                              UNITED STATES DISTRICT JUDGE